# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUAN M. FRAGOSO & MARIA R. FRAGOSO                          Case Number: 08-71385
493 CUMMINGS ROAD                              SSN-xxx-xx-6312 & xxx-xx-1862
CALEDONIA, IL  61011

Case filed on:                5/1/2008
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,384.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BARRICK SWITZER LONG ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JUAN M. FRAGOSO | 0.00 | 0.00 | 1,384.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,384.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 25,791.90 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,791.90 | 0.00 | 0.00 | 0.00 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,937.37 | 445.60 | 0.00 | 0.00 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES | 18,632.67 | 4,285.51 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 5,089.12 | 1,170.50 | 0.00 | 0.00 |
| 006 | CHASE BANK USA NA | 8,235.75 | 1,894.22 | 0.00 | 0.00 |
| 007 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 6,895.43 | 1,585.95 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,581.19 | 363.67 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,254.42 | 518.52 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 1,069.76 | 246.04 | 0.00 | 0.00 |
| 013 | CHASE BANK USA NA | 592.60 | 136.30 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,516.68 | 348.84 | 0.00 | 0.00 |
| 015 | MACYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SEARS CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 1,882.22 | 432.91 | 0.00 | 0.00 |
| 019 | PORTFOLIO RECOVERY ASSOCIATES | 7,877.83 | 1,811.90 | 0.00 | 0.00 |
| 020 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,595.71 | 597.01 | 0.00 | 0.00 |
|  | Total Unsecured | 60,160.75 | 13,836.97 | 0.00 | 0.00 |
|  | Grand Total: | 85,952.65 | 13,836.97 | 1,384.00 | 0.00 |

Total Paid Claimant:          $1,384.00
Trustee Allowance:            $0.00                  Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

                                         /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                    By  /s/Heather M. Fagan